# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03282-AP

VAUGHN WILSON RAMSEY,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

## ORDER

The Stipulation for Remand (doc. #18), filed October 12, 2012, shall be construed as a motion and as such is GRANTED. It is

ORDERED that the Commissioner's decision in this matter is REVERSED. This matter is REMANDED under sentence four of 42 U.S.C. § 405(g),[1] to the Commissioner for further administrative proceedings.

Upon remand, the Commissioner is hereby directed to assign this case to a new administrative law judge (ALJ) with instructions to further consider Plaintiff's residual functional capacity for the period beginning May 2, 2009, and in so doing: further evaluate the medical opinion evidence of Charles Quaglieri, M.D.; further evaluate the other relevant evidence in the Administrative Record; and, if necessary, obtain supplemental vocational expert testimony regarding Plaintiff's ability to perform his past

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

relevant work or other jobs existing in significant numbers in the national economy.

DATED:  October 12, 2012                              BY THE COURT

                                                      *s/John L. Kane*
                                                      John L. Kane, Senior Judge
                                                      United States District Court