# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.:   **11-cv-03282-JLK**

**VAUGHN WILSON RAMSEY, II,**

                    Plaintiff,

vs.

**CAROLYN W. COLVIN,**
**Commissioner of Social Security,**

                    Defendant.

## ORDER FOR AN AWARD OF ATTORNEY FEES UNDER 42 U.S.C. § 406(b)

The matter before the Court is Plaintiff's Motion For Attorney Fees Under 406(b) filed on June 11, 2015 (Doc 23). The Court being fully advised in the premises hereby grants said Motion.

IT IS FURTHER

**ORDERED** that the Defendant pay to Plaintiff, additional attorney fees under 42 U.S.C. § 406(b) in the amount of $9,797.00 to the Frederick W. Newall.

DATED at Denver, Colorado, this 11th day of June 2015.

                BY THE COURT:

                *John L. Kane*
                _____
                THE HONORABLE JUDGE JOHN L. KANE
                UNITED STATES DISTRICT COURT JUDGE